UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BILL A. FREIE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CV1970 RWS |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of the United Magistrate Judge to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). The Magistrate Judge recommends that the Court grant Defendant's motion to reverse and remand this case to the Commissioner of Social Security pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed.

Upon review of the record, this Court adopts and incorporates the Magistrate Judge's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand is **GRANTED**. [Doc. #16]

A separate Judgment shall accompany this Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2009.